# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| MIRADA ENERGY LLC and BRISBANE PROPERTIES, LLC, Colorado corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>FIDELITY AND DEPOSIT COMPANY OF MARYLAND, an Illinois corporation, EUROPAC ENERGY, LLC, EUROPAC ENERGY II, LLC and EUROPAC ENERGY III, LLC,<br><br>Defendants. | **ORDER FOR MID-DISCOVERY STATUS CONFERENCE**<br><br><br><br>Case No. 1:20-cv-154 |

**IT IS ORDERED:**

A mid-discovery status conference will be held before the magistrate judge on May 6, 2021, at 9:00 AM. The conference will be conducted via telephone conference. To participate in the conference, counsel shall call the following number and enter the following access code:

Tel. No.: (877) 810-9415

Access Code: 8992581

Dated this 24th day of November, 2020.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court